PHIL S. TAYLOR, Employee v. BRIDGESTONE/FIRESTONE, Employer, GALLAGHER BASSETT SERVICES, Carrier

No. 280A03

(Filed 7 November 2003)

**Workers' Compensation— future medical ⁓treatment—initial burden of proof**

The decision of the Court of Appeals in a workers' compensation case is reversed for the reason stated in the dissenting opinion in the Court of Appeals that there was competent evidence in the record to support the Industrial Commission's finding that plaintiff failed to meet his initial burden of proving that there was a substantial risk of future medical treatments.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 157 N.C. App. 453, 579 S.E.2d 413 (2003), vacating an opinion and award of the North Carolina Industrial Commission filed 18 January 2002 and remanding for rehearing and findings of fact. Heard in the Supreme Court 14 October 2003.

*Edwards & Ricci, P.A., by Brian M. Ricci, for plaintiff-appellee.*

*Cranfill, Sumner & Hartzog, L.L.P., by David A. Rhoades and Jaye E. Bingham, for defendant-appellants.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion.

REVERSED.